**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-62110-CIV-COHN/VALLE**

ADNAN VIRANI, an individual; JUNAID HAMMED, an individual; WORLD OF SPACE LLC, a Florida limited liability company; WORLD OF LOTUS LLC, a Florida limited liability company,

    Plaintiffs,

v.

PRIYANK BAFNA, an individual; BP WATCHES AND ELECTRONICS CO LTD, a Chinese corporation; KAIF HAMID A/K/A KEVIN HAMID, an individual; ALTAF CHANDANI, an individual; LNSK ASSOCIATES, INC., D/B/A AVTX WHOLESALE, a Texas corporation; KETAN PATEL, an individual; MK DISTRIBUTORS, INC., a Massachusetts corporation,

    Defendants,
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, ADNAN VIRANI, JUNAID HAMMED, WORLD OF SPACE, LLC, and WORLD OF LOTUS, LLC, pursuant to Florida Rule of Civil Procedure 41(a)(1)(ii), hereby file this Stipulation for Voluntary Dismissal Without Prejudice with each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| FARROW LAW, P.A.<br>Attorney for Plaintiffs<br>1 Alhambra Plaza, Ph Floor<br>Coral Gables, Florida 33134<br>Telephone:  (954) 252-9818<br>jay@farrowlawfirm.com<br><br>BY: **/s/Jay L. Farrow**<br>    JAY LEWIS FARROW<br>    Florida Bar No. 625213 | LOUIS R. GIGLIOTTI, P.A.<br>Attorneys for Defendants<br>1605 Dewey Street<br>Hollywood, Florida 33020<br>Telephone: (954) 471-4392<br>lgigliotti@bellsouth.net<br><br>By:  **/s/Louis R. Gigliotti**<br>    LOUIS R. GIGLIOTTI<br>    Florida Bar No. 71935 |

## **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that on April 30, 2024, in accordance with CM/ECF Section 3, that the foregoing was electronically filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

    Respectfully submitted,

    **FARROW LAW, P.A.**
    Attorneys for Defendants
    1 Alhambra Plaza, Penthouse
    Coral Gables,  Florida 33134
    Telephone:954-252-9818
    jay@farrowlawfirm.com
    service@farrowlawfirm.com

    By: **s/Jay L. Farrow, Esq.,**
    Jay L. Farrow, Esq.
    Florida Bar Number: 625213

**SERVICE LIST**

| | |
|---|---|
| Adnan Virani<br>12995 S. Cleveland Avenue<br>Fort Myers, Florida 33907<br>and/or via electronic mail:<br>lotussmoke2014@gmail.com | Louis R. Gigliotti, Esq.,<br>E-mail: lgigliotti@belssouth.net<br>Louis R. Gigliotti, P.A.<br>1605 Dewey Street<br>Hollywood, Florida 33020<br>Telephone: (954) 471-4392<br>*Counsel for*<br>*Ketan Patel*<br>*MK Distributors, Inc.*<br>*Kaif Hamid*<br>*Altaf Chandani*<br>*LNSK Associates, Inc.* |
| WORLD OF LOTUS LLC<br>12995 S. Cleveland Avenue<br>Fort Myers, Florida 33907<br>and/or via electronic mail:<br>lotussmoke2014@gmail.com | |
| WORLD OF SPACE LLC<br>12995 S. Cleveland Avenue<br>Fort Myers, Florida 33907<br>and/or via electronic mail:<br>lotussmoke2014@gmail.com | Junaid Hammed<br>12995 S. Cleveland Avenue<br>Fort Myers, Florida 33907<br>and/or via electronic mail:<br>jdhameed@gmail.com |